**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>SCOTTRADE, INC.,<br><br>         Defendant. | Civil Action No. 1:12-cv-2858-RWS<br><br>Judge Richard W. Story |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Plaintiff Joao Bock Transaction Systems, LLC ("JBTS") hereby files this Certificate of Interested Persons and Corporate Disclosures Statement.  Pursuant to LR 3.3, ND Ga and Fed. R. Civ. P. 7.1, JBTS states as follows:

(1)     The undersigned counsel of record for JBTS certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiff**:    Joao Bock Transaction Systems, LLC

**Defendant**: Scottrade, Inc. {to be supplemented by Defendant as needed}

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**Plaintiff**:    Raymond Anthony Joao; Robert Richard Bock

**Defendant**: {to be provided by Defendant}

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Plaintiff**:    Douglas L. Bridges, Jonathan R. Miller, Steven W. Ritcheson
(Heninger Garrison Davis, LLC)

**Defendant**: {to be identified by Defendant}

Date:  September 5, 2012.

/s/ Jonathan R. Miller
Jonathan R. Miller, Esq. Georgia Bar No. 507179
**HENINGER GARRISON DAVIS, LLC**
3350 Riverwood Parkway, Suite 1900
Atlanta, Georgia  30339
Telephone: (404) 996-0863
Facsimile: (205) 547-5506
Email: jmiller@hgdlawfirm.com
***Attorney for Plaintiff Joao Bock Transaction
Systems, LLC***

## LOCAL RULE 7.1(D) CERTIFICATION

I hereby certify that this document is presented in Times New Roman 14.

/s/ Jonathan R. Miller
Jonathan R. Miller, Esq.

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing using

the CM/ECF system.


Dated: September 5, 2012

                                        */s/ Jonathan R. Miller*
                                        Jonathan R. Miller, Esq.