# U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:12−cv−02858−RWS

JOAO Bock Transaction Systems, LLC v. Scottrade, Inc.  
Assigned to: Judge Richard W. Story  
Cause: 28:1338 Patent Infringement

Date Filed: 08/17/2012  
Date Terminated: 07/01/2013  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**JOAO Bock Transaction Systems, LLC**    represented by    **Douglas L. Bridges**
Heninger Garrison Davis, LLC
Suite 100
169 Dauphin Street
Mobile, AL 36602
251−298−8701
Fax: 205−547−5504
Email: dbridges@hgdlawfirm.com
*TERMINATED: 04/09/2013*
*LEAD ATTORNEY*

**Jonathan Robert Miller**
Heninger Garrison Davis, LLC
Suite 4320
3621 Vinings Slope
Atlanta, GA 30339
404−996−0863
Email: jmiller@hgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven W. Ritcheson**
Heninger Garrison &Davis, LLC − CA
Suite 347
9800 D Topango Canyon Blvd.
Chatsworth, CA 91311
818−882−1030
Fax: 818−337−0383
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Scottrade, Inc.**    represented by    **Allan A. Kassenoff**
Greenberg Traurig, LLP−NY
Met Life Building, 34th Floor
200 Park Avenue
New York, NY 10166
212−801−2157

Email: kassenoffa@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott J. Bornstein**
Greenberg Traurig, LLP–NY
Met Life Building, 34th Floor
200 Park Avenue
New York, NY 10166
212–801–9200
Email: bornsteins@gtlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Gerald Trigg**
Greenberg Traurig, LLP – Atl
Terminus 200
Suite 2500
3333 Piedmont Road, NE
Atlanta, GA 30305
678–553–2415
Email: triggm@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Scottrade, Inc.**                          represented by    **Allan A. Kassenoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott J. Bornstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Gerald Trigg**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**JOAO Bock Transaction Systems, LLC**        represented by    **Douglas L. Bridges**
(See above for address)
*TERMINATED: 04/09/2013*
*LEAD ATTORNEY*

**Jonathan Robert Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|   |   |   |
|---|---|---|
|   |   | **Steven W. Ritcheson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

|   |   |   |
|---|---|---|
| **Scottrade, Inc.** | represented by | **Allan A. Kassenoff**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott J. Bornstein**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark Gerald Trigg**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

|   |   |   |
|---|---|---|
| **JOAO Bock Transaction Systems, LLC** | represented by | **Douglas L. Bridges**<br>(See above for address)<br>*TERMINATED: 04/09/2013*<br>*LEAD ATTORNEY*<br><br>**Jonathan Robert Miller**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven W. Ritcheson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2012 | Ï 1 | COMPLAINT FOR PATENT INFRINGEMENT with Jury Demand filed by JOAO Bock Transaction Systems, LLC. Consent form to proceed before U.S. Magistrate and pretrial instructions provided. (Filing fee $350 receipt number 113E–4106465) (Attachments: # 1 Exhibit A, Part 1, # 2 Exhibit A, Part 2, # 3 Exhibit B, Part 1, # 4 Exhibit B, Part 2, # 5 Exhibit C, Part 1, # 6 Exhibit C, Part 2, # 7 Civil Cover Sheet) (bdb) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 08/21/2012) |
| 08/20/2012 | Ï 2 | Electronic Summons Issued as to Scottrade, Inc. (bdb) (Entered: 08/21/2012) |
| 08/21/2012 | Ï 3 | AO Form 120 forwarded to Commissioner. (bdb) (Entered: 08/21/2012) |
| 08/27/2012 | Ï 4 | APPLICATION for Admission of Steven W. Ritcheson Pro Hac Vice (Application fee $ 150, receipt number 113E–4120409)by JOAO Bock Transaction Systems, LLC. (Miller, Jonathan) |

| | | |
|---|---|---|
| | | (Entered: 08/27/2012) |
| 08/28/2012 | Ï | APPROVAL by Clerks Office re: 4 APPLICATION for Admission of Steven W. Ritcheson Pro Hac Vice (Application fee $ 150, receipt number 113E–4120409). Attorney Steven W. Ritcheson added appearing on behalf of JOAO Bock Transaction Systems, LLC (pb) (Entered: 08/28/2012) |
| 08/29/2012 | Ï 5 | ORDER granting 4 Application for Admission Pro Hac Vice as to Steven W. Ritcheson. Signed by Judge Richard W. Story on 8/29/12. (cem) (Entered: 08/29/2012) |
| 08/29/2012 | Ï | Clerks Certificate of Mailing as to Steven W. Ritcheson re 5 Order on Application for Admission PHV. (cem) (Entered: 08/29/2012) |
| 09/04/2012 | Ï 6 | Return of Service Executed by JOAO Bock Transaction Systems, LLC. Scottrade, Inc. served on 8/29/2012, answer due 9/19/2012. (Miller, Jonathan) (Entered: 09/04/2012) |
| 09/05/2012 | Ï 7 | Certificate of Interested Persons by JOAO Bock Transaction Systems, LLC. (Miller, Jonathan) (Entered: 09/05/2012) |
| 09/14/2012 | Ï 8 | Consent MOTION for Extension of Time to File Answer re 1 Complaint,, by JOAO Bock Transaction Systems, LLC. (Attachments: # 1 Text of Proposed Order)(Miller, Jonathan) (Entered: 09/14/2012) |
| 09/17/2012 | Ï 9 | ORDER granting 8 Consent Motion for Extension of Time to Answer re 1 Complaint Scottrade, Inc. Answer due 10/22/2012. Signed by Judge Richard W. Story on 9/14/2012. (bdb) (Entered: 09/17/2012) |
| 10/01/2012 | ï 10 | Court Notice Of Filing: Standing Order by Judge Richard W. Story. (rag) (Entered: 10/01/2012) |
| 10/05/2012 | ï 11 | Consent MOTION for Extension of Time re: 1 Complaint, *Second Consent Motion* by JOAO Bock Transaction Systems, LLC. (Attachments: # 1 Text of Proposed Order)(Miller, Jonathan) (Entered: 10/05/2012) |
| 10/09/2012 | ï 12 | ORDER granting 11 Second Consent Motion for Extension of Time to Answer re 1 Complaint. Scottrade, Inc. – Answer due 11/21/2012. Signed by Judge Richard W. Story on 10/09/2012. (bdb) (Entered: 10/10/2012) |
| 10/18/2012 | ï 13 | APPLICATION for Admission of Allan A. Kassenoff Pro Hac Vice (Application fee $ 150, receipt number 113E–4214158)by Scottrade, Inc.. (Attachments: # 1 Certification Pursuant to Local Rule 83.1(b)(1))(Trigg, Mark) (Entered: 10/18/2012) |
| 10/23/2012 | Ï | APPROVAL by Clerks Office re: 13 APPLICATION for Admission of Allan A. Kassenoff Pro Hac Vice (Application fee $ 150, receipt number 113E–4214158). Attorney Allan A. Kassenoff added appearing on behalf of Scottrade, Inc. (pb) (Entered: 10/23/2012) |
| 10/24/2012 | ï 14 | ORDER granting 13 Application for Admission Pro Hac Vice Allan A. Kassenoff for defendant. Signed by Judge Richard W. Story on 10/23/2012. (bdb) (Entered: 10/24/2012) |
| 10/30/2012 | ï 15 | APPLICATION for Admission of Scott J. Bornstein Pro Hac Vice (Application fee $ 150, receipt number 113E–4236083)by Scottrade, Inc.. (Attachments: # 1 Certification of Scott J. Bornstein in Support of Application for Admission Pro Hac Vice pursuant to Local Civil Rule 83.1(b)(1))(Trigg, Mark) (Entered: 10/30/2012) |
| 11/07/2012 | Ï | APPROVAL by Clerks Office re: 15 APPLICATION for Admission of Scott J. Bornstein Pro Hac Vice (Application fee $ 150, receipt number 113E–4236083). Attorney Scott J. Bornstein added appearing on behalf of Scottrade, Inc. (pb) (Entered: 11/07/2012) |
| 11/07/2012 | ï 16 | ORDER granting 15 Application for Admission Pro Hac Vice Scott J. Bornstein for defendant. Signed by Judge Richard W. Story on 11/7/2012. (bdb) (Entered: 11/07/2012) |

| 11/21/2012 | 17 | DOCKETING ERROR BY COUNSEL––MOTION to Transfer Case to Eastern District of Missouri with Brief In Support by Scottrade, Inc. (Attachments: # 1 Brief In Support, # 2 Affidavit Krista Kirk)(Trigg, Mark) Modified on 11/27/2012 (bdb). (Entered: 11/21/2012) |
|---|---|---|
| 11/21/2012 | 18 | DOCKETING ERROR BY COUNSEL––ANSWER to 1 COMPLAINT with Jury Demand (Discovery ends on 8/19/2013) COUNTERCLAIM against JOAO Bock Transaction Systems, LLC with Jury Demand by Scottrade, Inc. (Trigg, Mark) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. Modified on 11/27/2012 (bdb). (Entered: 11/21/2012) |
| 11/21/2012 | 19 | MOTION to Dismiss *Plaintiff's Claims for Indirect Patent Infringement* with Brief In Support by Scottrade, Inc.. (Attachments: # 1 Brief In Support)(Trigg, Mark) (Entered: 11/21/2012) |
| 11/21/2012 | 20 | Certificate of Interested Persons by Scottrade, Inc.. (Trigg, Mark) (Entered: 11/21/2012) |
| 11/21/2012 | 21 | *Scottrade* ANSWER to 1 COMPLAINT with Jury Demand , COUNTERCLAIM against JOAO Bock Transaction Systems, LLC with Jury Demand by Scottrade, Inc..(Trigg, Mark) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 11/21/2012) |
| 11/21/2012 | 22 | MOTION to Transfer Case to Eastern District of Missouri with Brief In Support by Scottrade, Inc.. (Attachments: # 1 Brief In Support, # 2 Affidavit Krista Kirk)(Trigg, Mark) (Entered: 11/21/2012) |
| 11/30/2012 | 23 | NOTICE of Change of Address for Jonathan Robert Miller, counsel for JOAO Bock Transaction Systems, LLC (Miller, Jonathan) (Entered: 11/30/2012) |
| 12/10/2012 | 24 | RESPONSE in Opposition re 19 MOTION to Dismiss *Plaintiff's Claims for Indirect Patent Infringement* filed by JOAO Bock Transaction Systems, LLC. (Attachments: # 1 Affidavit of Jonathan R. Miller, # 2 Exhibit Court Opinion, # 3 Text of Proposed Order denying Motion)(Miller, Jonathan) (Entered: 12/10/2012) |
| 12/10/2012 | 25 | RESPONSE in Opposition re 22 MOTION to Transfer Case to Eastern District of Missouri filed by JOAO Bock Transaction Systems, LLC. (Attachments: # 1 Affidavit of Jonathan R. Miller, # 2 Exhibit A, # 3 Text of Proposed Order denying Motion)(Miller, Jonathan) (Entered: 12/10/2012) |
| 12/12/2012 | 26 | ANSWER to 21 Counterclaim with Jury Demand by JOAO Bock Transaction Systems, LLC.(Miller, Jonathan) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 12/12/2012) |
| 12/27/2012 | 27 | REPLY in Support of 19 MOTION to Dismiss Plaintiff's Claims for Indirect Patent Infringement filed by Scottrade, Inc. (Trigg, Mark) Modified to remove duplicative text on 1/3/2013 (bdb). (Entered: 12/27/2012) |
| 12/27/2012 | 28 | REPLY in Support of 22 MOTION to Transfer Case to Eastern District of Missouri filed by Scottrade, Inc. (Trigg, Mark) Modified to remove duplicative text on 1/3/2013 (bdb). (Entered: 12/27/2012) |
| 01/03/2013 |  | Submission of 22 MOTION to Transfer Case to Eastern District of Missouri and 19 MOTION to Dismiss *Plaintiff's Claims for Indirect Patent Infringement*. Submitted to District Judge Richard W. Story. (bdb) (Entered: 01/03/2013) |
| 04/03/2013 | 29 | MOTION to Withdraw Douglas L. Bridges as Attorneyby JOAO Bock Transaction Systems, LLC, JOAO Bock Transaction Systems, LLC, JOAO Bock Transaction Systems, LLC. (Bridges, Douglas) (Entered: 04/03/2013) |
| 04/09/2013 | 30 | ORDER Granting 29 Motion to Withdraw Douglas L. Bridges as Attorney. Signed by Judge Richard W. Story on 4/9/2013. (mdy) (Entered: 04/09/2013) |

| 07/01/2013 | 31 | ORDER granting Defendant's 22 Motion to Transfer the instant action to the Eastern District of Missouri. Defendant's 19 Motion to Dismiss is DENIED without prejudice to Defendant's reasserting the motion in the Missouri court. Signed by Judge Richard W. Story on 7/1/2013. (cem) (Entered: 07/02/2013) |
|---|---|---|
| 07/01/2013 | Ï | Civil Case Terminated. (cem) (Entered: 07/02/2013) |
| 07/02/2013 | Ï | Clerks Certificate of Mailing as to Steven W. Ritcheson re 31 Order. (cem) (Entered: 07/02/2013) |
| 07/02/2013 | Ï | Case transferred electronically to the District of USDC Eastern District of Missouri. (cem) (Entered: 07/02/2013) |