IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC, | § |
| Plaintiff, | § |
| vs. | § |
| | § Case No. 4:13-cv-01254-TIA |
| SCOTTRADE, INC., | § |
| Defendant. | § |

## ENTRY OF APPEARANCE

COMES NOW, B. Scott Eidson of the law firm of Armstrong Teasdale LLP and hereby enters his appearance on behalf of Defendant SCOTTRADE, INC.

Dated: July 23, 2013                    Respectfully submitted,


By: __/s/ B. Scott Eidson_____
B. Scott Eidson, #57757M0
**ARMSTRONG TEASDALE LLP**
7700 Forsyth, Suite 1800
St. Louis, Missouri 63105
seidson@armstrongteasdale.com
(314) 621-5070 (telephone)
(314) 621-5065 (facsimile)
*Attorney for Defendant Scottrade, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 23, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court in the Eastern District of Missouri using the CM/ECF electronic filing, which will automatically send email notifications of such filing to the attorneys of record.


__/s/ B. Scott Eidson_____
B. Scott Eidson