**RECEIVED**
AUG 12 2013
**BY MAIL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____EASTERN_____ DIVISION

| | |
|---|---|
| Joao Bock Transaction Systems, LLC ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| V. ) | Case No. 4:13-cv-01254-TIA |
| Scottrade, Inc. ) | |
| ) | |
| Defendant. ) | |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, _____Steven W. Ritcheson_____, move to be admitted pro hac vice to the bar of this court for the purpose of representing Joao Bock Trans. Systems, LLC in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney;
   Steven W. Ritcheson

(b) Address, telephone number and fax number of the movant-attorney;
   9800 D Topanga Canyon Blvd. #347, Chatsworth, CA  91311

(c) Name of the firm or letterhead under which the movant practices;
   Heninger Garrison Davis, LLC

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
   Santa Clara University School of Law 1994

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;
   State Bar of California December 7, 1994

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.
   True

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.
   True

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____[signature]_____
Signature of Movant

#37534



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *STEVEN WHITEFIELD RITCHESON*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that STEVEN WHITEFIELD RITCHESON was on the 7th day of December, 1994, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 12th day of July, 2013.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By:_____
*J. Radoc, Deputy Clerk*