UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC, )<br>)<br>)<br>Plaintiff(s),       )<br>)<br>vs.                                    )<br>)<br>SCOTTRADE, INC.,                )<br>)<br>)<br>Defendant(s).    ) | Case No. 4:13CV1254 TIA |

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled case is randomly reassigned from Magistrate Judge Terry I. Adelman to District Judge Catherine D. Perry.

**The Selection/Option form will be maintained in the Clerk's Office for ten (10) days from entry of the Clerk's order of transfer.**

JAMES G. WOODWARD
CLERK OF COURT

  September 30, 2013  
DATE

By:    /s/ *Katie Stamm*
DEPUTY CLERK

**In all future documents filed with the Court, please use the following case number 4:13CV1254 CDP**.