UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:13 CV 1254 CDP |
| SCOTTRADE, INC., | ) ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the conference pursuant to Rule 16, Fed.R.Civ.P., is reset from 10:00 a.m. to **2:00 p.m. on Friday, November 1, 2013** in my chambers.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of October, 2013.