UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>SCOTTRADE, INC.,<br><br>   Defendant. | Case No. 4:13-cv-01254-CDP<br><br>Judge Catherine D. Perry |

## NOTICE OF APPEARANCE OF JAMES G. ONDER ON BEHALF OF PLAINTIFF

COMES NOW James G. Onder of the law firm Onder, Shelton, O'Leary & Peterson, LLC to enter his appearance on behalf of Plaintiff Joao Bock Transaction Systems, LLC.

Dated: <u>October 25, 2013</u>

                Respectfully submitted,

                <u>*s/James G. Onder*</u>
                James G. Onder, SBN 38049
                **Onder, Shelton, O'Leary & Peterson, LLC**
                110 E. Lockwood Ave.
                St. Louis, Missouri 63119
                Telephone: (314) 963-9000
                Facsimile: (314) 963-1700
                Email: onder@onderlaw.com

                Attorney for Plaintiff
                *Joao Bock Transaction Systems, LLC*

## CERTIFICATE OF SERVICE

      The undersigned certifies that on October 25, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court in the Eastern District of Missouri using the CM/ECF system, which will automatically send email notifications of such filing to the attorneys of record who are deemed to have consented to electronic service.

                                    *s/James G. Onder*
                                    James G. Onder, SBN 38049