UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTTRADE, INC.,<br><br>　　　　Defendant. | Case No. 4:13-cv-01254-CDP<br><br>Judge Catherine D. Perry |

## NOTICE OF APPEARANCE OF MICHAEL S. KRUSE ON BEHALF OF PLAINTIFF

COMES NOW Michael S. Kruse of the law firm Onder, Shelton, O'Leary & Peterson, LLC to enter his appearance on behalf of Plaintiff Joao Bock Transaction Systems, LLC.

Dated: October 25, 2013

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　 s/Michael S. Kruse
　　　　　　　　　　　　　　　　　　Michael S. Kruse, SBN 57818
　　　　　　　　　　　　　　　　　　**Onder, Shelton, O'Leary & Peterson, LLC**
　　　　　　　　　　　　　　　　　　110 E. Lockwood Ave.
　　　　　　　　　　　　　　　　　　St. Louis, Missouri  63119
　　　　　　　　　　　　　　　　　　Telephone: (314) 963-9000
　　　　　　　　　　　　　　　　　　Facsimile: (314) 963-1700
　　　　　　　　　　　　　　　　　　Email: kruse@onderlaw.com

　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　*Joao Bock Transaction Systems, LLC*

## CERTIFICATE OF SERVICE

      The undersigned certifies that on October 25, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court in the Eastern District of Missouri using the CM/ECF system, which will automatically send email notifications of such filing to the attorneys of record who are deemed to have consented to electronic service.

          *s/Michael S. Kruse*
          Michael S. Kruse, SBN 57818