RECEIVED
OCT 2 8 2013
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____Eastern_____ DIVISION

JOAO BOCK TRANSACTION SYSTEMS, LLC )
)
Plaintiff, )
)
)
)
V. )   Case No. 4:13 CV 1254 CDP
)
SCOTTRADE, INC. )
)
Defendant. )

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, _____Maureen V. Abbey_____, move to be admitted pro hac vice to the bar of this court for the purpose of representing Joao Bock Transaction Systems, LLC in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney;
  Maureen V. Abbey
(b) Address, telephone number and fax number of the movant-attorney;
  220 Saint Paul Street, Westfield, NJ  07090
(c) Name of the firm or letterhead under which the movant practices;
  Heninger Garrison Davis, LLC
(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
  Temple University Beasley School of Law 2005
(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;
  NJ Bar ID 020782005 29Dec2005; NY Bar No. MA-1562 2006
(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.
  True
(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.
  True

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

4644039602