**RECEIVED**

OCT 28 2013



**BY MAIL**
**HENINGER GARRISON DAVIS, LLC**

220 Saint Paul Street
Westfield, New Jersey 07090
www.hgdlawfirm.com

Maureen V. Abbey
Direct Dial: (908) 379-8476
E-mail: maureen@hgdlawfirm.com

October 25, 2013

Clerk of Court - James G. Woodward
St. Louis - Eastern Division
Thomas F. Eagleton Courthouse
111 South 10th Street, Suite 3.300
St. Louis, MO 63102

      Re: *Joao Bock Transaction Systems, LLC v. Scottrade, Inc.*
          USDC Eastern Division
          Case No. 4:13-cv-01254-TIA

Dear Sir/Madam:

    Enclosed kindly find the following for my Pro Hac Vice application:

- Verified Motion for Admission Pro Hac Vice
- Executed E-Filing Registration Form
- Original Certificate of Good Standing

    Per my paralegal's conversation with the Clerk, we will provide payment information via credit card once the Court telephones us for same. Please contact my paralegal, Nicole Williams, for this information when you are ready. Ms. Williams can be reached at 404 996-0864.

                                 Very truly yours,

                                   HENINGER GARRISON DAVIS, LLC

                                   Maureen V. Abbey, Esq.

Enclosure
cc: Jacqueline Burt, Esq. (Via Email w/o Encl.)





10/25/13

From: (908) 379-8476   Origin ID: KBCA
Maureen V. Abbey
Heninger Garrison Davis, LLC
220 Saint Paul Street

Westfield, NJ 07090

SHIP TO: (314) 244-7900   BILL SENDER
James G. Woodward, Clerk
Thomas F. Eagleton Courthouse
St. Louis - Eastern Division
111 South 10th St, Ste 3.300
ST. LOUIS, MO 63102

FedEx Ship Manager - Print Your Label(s)

Ship Date: 25OCT13
ActWgt: 1.0 LB
CAD: 4852075/INET3430

Delivery Address Bar Code

Ref # 7111-4002   RECEIVED
Invoice #
PO #                OCT 2 8 2013
Dept #

TRK# 7970 0401 6912   BY MAIL   MON - 28 OCT
0201                           STANDARD OVERNIGHT

SH CPSA

Extremely Urgent

Insert shipping document here.