UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SCOTTRADE, INC., <br><br> Defendant. | Case No. 4:13-cv-01254-CDP <br><br> Judge Catherine D. Perry |

## NOTICE TO THE COURT
## REGARDING SUBMISSION OF THE PARTIES' MOTION FOR ENTRY
## OF PROTOCOL FOR DISCOVERY OF ELECTRONICALLY-STORED
## INFORMATION (THE "ESI" ORDER)

Plaintiff, Joao Bock Transaction Systems, LLC ("JBTS"), and Defendant Scottrade, Inc. ("Scottrade") file jointly this Notice to the Court Regarding Submission Of The Parties' Motion For Entry Of Protocol For Discovery Of Electronically-Stored Information (the "ESI" Order), and respectfully show the Court as follows:

1. The Parties met and conferred on the terms of the Proposed ESI Order and have reached substantial agreement on substantially all provisions as anticipated by this Court's Scheduling Order (Dkt. No. 52; section 3(a)). As Counsel for the Parties use different document management systems, the main issue remaining is to determine which metadata fields are available for the production of ESI for insertion into the Proposed ESI Order.

2. In order to avoid having to burden the Court with an incomplete document that would subsequently be replaced or supplemented, the Parties need a few more days. The Parties will file the Joint Motion for an ESI Order on or before Wednesday, November 13, 2013.

3. Undersigned Counsel for JBTS attempted to file this notice several times in the evening of Friday, November 8, 2013 and once more on Saturday, November 9, 2013, but was not able to complete the filing process. Error messages received at the last step of the filing process indicated an error within the CM/ECF system that prevented the filing.

Respectfully submitted,

November 10, 2013,

| | |
|---|---|
| By: *s/ Jonathan R. Miller*<br>Jonathan R. Miller (*pro hac vice*)<br>**HENINGER GARRISON DAVIS LLC**<br>3621 Vinings Slope, Suite 4320<br>Atlanta, Georgia  30339<br>Telephone:  404.996.0863<br>Facsimile:  205.557.5506<br>jmiller@hgdlawfirm.com<br><br>Steven W. Ritcheson (*pro hac vice*)<br>**HENINGER GARRISON DAVIS LLC**<br>9800 D. Topanga Canyon Blvd., #347<br>Chatsworth, California  91311<br>Telephone:  818.882.1030<br>Facsimile:  205.326.3332<br>switcheson@hgdlawfirm.com<br><br>Maureen V. Abbey (*pro hac vice*)<br>**HENINGER GARRISON DAVIS LLC**<br>220 Saint Paul Street<br>Westfield, New Jersey 07090<br>Telephone: 908.379.8475<br>Facsimile: 908.301.9008<br>maureen@hgdlawfirm.com<br><br>James G. Onder, SBN 38049<br>Michael S. Kruse, SBN 57818<br>**ONDER, SHELTON, O'LEARY &**<br>**PETERSON, LLC**<br>110 E. Lockwood Ave.<br>St. Louis, Missouri  63119<br>Telephone: (314) 963-9000<br>Facsimile: (314) 963-1700<br>onder@onderlaw.com<br>kruse@onderlaw.com<br><br>ATTORNEYS FOR PLAINTIFF<br>*JOAO BOCK TRANSACTION SYSTEMS,*<br>*LLC* | By:  *s/ B. Scott Eidson*<br>James G. Martin, #33586MO<br>Jennifer E. Hoekel, #45880MO<br>B. Scott Eidson, #57757MO<br>**ARMSTRONG TEASDALE LLP**<br>7700 Forsyth Blvd., Suite 1800<br>St. Louis, Missouri 63105<br>Telephone:  314.621.5070<br>Facsimile:  314.621.5065<br>jmartin@armstrongteasdale.com<br>jhoekel@armstrongteasdale.com<br>seidson@armstrongteasdale.com<br><br>Scott J. Bornstein (*pro hac vice*)<br>Allan A. Kassenoff (*pro hac vice*)<br>**GREENBERG TRAURIG, LLP**<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 801-9200<br>Facsimile: (212) 801-6400<br>bornsteins@gtlaw.com<br>kassenoffa@gtlaw.com<br><br>ATTORNEYS FOR DEFENDANT<br>*SCOTTRADE, INC.* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 10, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court in the Eastern District of Missouri using the CM/ECF system, which will automatically send email notifications of such filing to the attorneys of record who are deemed to have consented to electronic service.

*s/ Jonathan R. Miller*
Jonathan R. Miller, *pro hac vice*