**RECEIVED**

**NOV 0 7 2013**

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF MO.**
**ST. LOUIS**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____Eastern_____ DIVISION

ACI Worldwide Transaction Systems, LLC, )
Plaintiff, )
)
)
)
V. ) Case No. 4:13 CV 1254 (CDP)
)
Scottrade, Inc., )
)
Defendant. )

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, _____Nicholas A. Brown_____ , move to be admitted pro hac vice to the bar of this court for the purpose of representing _____Scottrade, Inc._____ in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney;
Nicholas Auberon Brown

(b) Address, telephone number and fax number of the movant-attorney;
4 Embarcadero Ctr., Ste 3000,San Francisco, CA 94111 415-655-1271 F:415-520-5609

(c) Name of the firm or letterhead under which the movant practices;
Greenberg Traurig, LLP

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
Harvard Law School 1998

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;
CA Bar#198210,1998;NDCal 2001,CDCal 2003,SDCal 2011,EDTX 2011;9th Cr.2004;Fed. Cr. 2012

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.
Yes, certificate of good standing is attached hereto

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.
Yes

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

#39209