

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

I, W. Samuel Hammrick, Jr., Clerk of the United States District Court for the Southern District of California,

DO HEREBY CERTIFY that Nicholas A. Brown was duly admitted to practice in said Court on 11/15/2011, and is in good standing as a member of the bar of said Court.

Dated at San Diego, CA

on  8/6/13

**W. SAMUEL HAMRICK, JR., CLERK**

By: s/ K. Martin-Brown

K. Martin-Brown, Deputy



# UNITED STATES DISTRICT COURT
## Eastern District of Texas

*Certificate of Good Standing*

I, David J. Maland, Clerk of this Court, certify that

Nicholas A. Brown

was duly admitted to practice in this Court on

October 27, 2011 , and is in good standing

as a member of the Bar of this Court.

Dated at  Beaumont, Texas

*David Maland*

Clerk of Court

on    July 31, 2013         by   *Adele McMillan*

Deputy Clerk



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# Certificate of Good Standing

I, Molly Dwyer, Clerk of this Court, certify that Nicholas A. Brown was duly admitted to practice in this Court on April 14, 2004 and is in good standing in this Court.

Dated at San Francisco, California on July 25, 2013.

Clerk of the United States Circuit Court of Appeals for the Ninth Circuit

# United States Court of Appeals for the Federal Circuit

## Certificate of Good Standing

I, Daniel E. O'Toole, Circuit Executive/Clerk, certify that

# Nicholas A. Brown

was duly admitted to practice before this court on February 10, 2012, and is in good standing as a member of the bar of this court.

Dated at: 717 Madison Place, N.W.
Washington, DC

Daniel E. O'Toole,
Circuit Executive/Clerk

On: August 16, 2013

By: _Shannon Savage_
Deputy Clerk

**THE STATE BAR
OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

July 10, 2013

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, NICHOLAS AUBERON BROWN, #198210 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 1998; that on July 22, 2004, a notice of hearing was issued by the State Bar court to commence formal disciplinary proceedings and hearings; that on December 31, 2004, he was publicly reproved by State Bar Court; that said public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that he has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records

# Certificate of Good Standing

United States of District Court   )
                                  ) ss.
Northern District of California   )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that Nicholas A. Brown, Bar No. 198210 was duly admitted to practice in said Court on August 9, 2004, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on July 31, 2013

Richard W. Wieking
Clerk



# United States District Court

Central District of California

**CERTIFICATE OF GOOD STANDING**

I, TERRY NAFISI, Clerk of this Court, certify that

**Nicholas A. Brown**, Bar **198210**

was duly admitted to practice in this Court on   **August 5th, 2003**

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on   August 6th, 2013
          *DATE*

TERRY NAFISI
District Court Executive, Clerk of Court

By
Andrea Kannikal, Deputy Clerk

G-52 (09/08)(Rev. AO 136)   CERTIFICATE OF GOOD STANDING - MEMBER OF BAR