UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC, | |
| Plaintiff, | Case No. 4:13-cv-01254-CDP |
| v. | Judge Catherine D. Perry |
| SCOTTRADE, INC., | |
| Defendant. | |

## JOINT MOTION FOR ENTRY OF PROTOCOL FOR DISCOVERY OF ELECTRONICALLY-STORED INFORMATION (THE "ESI" ORDER)

Pursuant to the Federal Rules of Civil Procedure, the Local Rule of the Eastern District of Missouri, and this Court's Case Management Order (Dkt. No. 52), Plaintiff Joao Bock Transaction Systems, LLC ("JBTS") and Defendant Scottrade, Inc. ("Defendant") respectfully submit a Joint Motion for Entry of the Protocol for Discovery of Electronically-Stored Information (hereinafter referred to as the "ESI Order"; attached hereto as Exhibit A).

The Parties met and conferred on the terms of the Proposed ESI Order, and have reached agreement on all provisions.

Respectfully submitted,

November 13, 2013,


By: _s/ Jonathan R. Miller_
    Jonathan R. Miller (*pro hac vice*)
    **HENINGER GARRISON DAVIS LLC**
    3621 Vinings Slope, Suite 4320
    Atlanta, Georgia 30339
    Telephone: (404) 996-0863
    Facsimile: (205) 557-5506
    jmiller@hgdlawfirm.com

    Steven W. Ritcheson (*pro hac vice*)
    **HENINGER GARRISON DAVIS LLC**
    9800 D. Topanga Canyon Blvd., #347
    Chatsworth, California 91311
    Telephone: (818) 882-1030
    Facsimile: (205) 326-3332
    swritcheson@hgdlawfirm.com

    Maureen V. Abbey (*pro hac vice*)
    **HENINGER GARRISON DAVIS LLC**
    220 Saint Paul Street
    Westfield, New Jersey 07090
    Telephone: (908) 379-8475
    Facsimile: (908) 301-9008
    maureen@hgdlawfirm.com

    James G. Onder, SBN 38049MO
    Michael S. Kruse, SBN 57818MO
    **ONDER, SHELTON, O'LEARY & PETERSON, LLC**
    110 E. Lockwood Ave.
    St. Louis, Missouri 63119
    Telephone: (314) 963-9000
    Facsimile: (314) 963-1700
    onder@onderlaw.com
    kruse@onderlaw.com

    ATTORNEYS FOR PLAINTIFF
    *JOAO BOCK TRANSACTION SYSTEMS, LLC*


By: _s/ B. Scott Eidson_
    James G. Martin, SBN 33586MO
    Jennifer E. Hoekel, SBN 45880MO
    B. Scott Eidson, SBN 57757MO
    **ARMSTRONG TEASDALE LLP**
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105
    Telephone: (314) 621-5070
    Facsimile: (314) 621-5065
    jmartin@armstrongteasdale.com
    jhoekel@armstrongteasdale.com
    seidson@armstrongteasdale.com

    Scott J. Bornstein (*pro hac vice*)
    Allan A. Kassenoff (*pro hac vice*)
    **GREENBERG TRAURIG, LLP**
    MetLife Building
    200 Park Avenue
    New York, New York 10166
    Telephone: (212) 801-9200
    Facsimile: (212) 801-6400
    bornsteins@gtlaw.com
    kassenoffa@gtlaw.com

    Nicholas A. Brown (*pro hac vice*)
    **GREENBERG TRAURIG, LLP**
    4 Embarcadero Center - Suite 3000
    San Francisco, California 94111-5983
    Telephone: (415) 655-1300
    Facsimile: (415) 707-2010
    brownn@gtlaw.com

    ATTORNEYS FOR DEFENDANT
    *SCOTTRADE, INC.*