**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SCOTTRADE, INC.,<br><br>Defendant. | Case No. 4:13-cv-01254-CDP<br><br>Judge Catherine D. Perry |

## **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

The parties to this action, Plaintiff Joao Bock Transaction Systems, LLC (hereinafter, "JBTS") and Defendant Scottrade, Inc. (hereinafter, "Scottrade"), have reached a confidential settlement which has been fully consummated. Therefore, the Parties stipulate that: this case is hereby dismissed with prejudice, each party to bear its own fees and costs.

Respectfully submitted,

April 25, 2014,

By: *s/ Jonathan R. Miller*
Jonathan R. Miller (*pro hac vice*)
**HENINGER GARRISON DAVIS LLC**
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0863
Facsimile: (205) 557-5506
jmiller@hgdlawfirm.com

Steven W. Ritcheson (*pro hac vice*)
**HENINGER GARRISON DAVIS LLC**
9800 D. Topanga Canyon Blvd., #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (205) 326-3332
switcheson@hgdlawfirm.com

Maureen V. Abbey (*pro hac vice*)
**HENINGER GARRISON DAVIS LLC**
220 Saint Paul Street
Westfield, New Jersey 07090
Telephone: (908) 379-8475
Facsimile: (908) 301-9008
maureen@hgdlawfirm.com

James G. Onder, SBN 38049MO
Michael S. Kruse, SBN 57818MO
**ONDER, SHELTON, O'LEARY & PETERSON, LLC**
110 E. Lockwood Ave.
St. Louis, Missouri 63119
Telephone: (314) 963-9000
Facsimile: (314) 963-1700
onder@onderlaw.com
kruse@onderlaw.com

ATTORNEYS FOR PLAINTIFF *JOAO BOCK TRANSACTION SYSTEMS, LLC*

By: *s/ Nicholas A. Brown*
James G. Martin, SBN 33586MO
Jennifer E. Hoekel, SBN 45880MO
B. Scott Eidson, SBN 57757MO
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 621-5070
Facsimile: (314) 621-5065
jmartin@armstrongteasdale.com
jhoekel@armstrongteasdale.com
seidson@armstrongteasdale.com

Scott J. Bornstein (*pro hac vice*)
Allan A. Kassenoff (*pro hac vice*)
**GREENBERG TRAURIG, LLP**
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
bornsteins@gtlaw.com
kassenoffa@gtlaw.com

Nicholas A. Brown (*pro hac vice*)
**GREENBERG TRAURIG, LLP**
4 Embarcadero Center - Suite 3000
San Francisco, California 94111-5983
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
brownn@gtlaw.com

ATTORNEYS FOR DEFENDANT *SCOTTRADE, INC.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____     _____
Date                                              District Court Judge Catherine D. Perry

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing using the CM/ECF system.


Dated: April 25, 2014

                                        *s/ Jonathan R. Miller*
                                        Jonathan R. Miller, Esq.